# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH A. DAVIDSON,

                             Plaintiff,           **NOTICE OF**

   -against-                                          **APPEARANCE**

THE LAGRANGE FIRE DISTRICT and the BOARD
OF FIRE COMMISSIONERS OF LAGRANGE         **Case 1:08-cv-03036-RSJ**
FIRE DISTRICT,

                                   Defendants.

---

TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

You are hereby requested to enter my appearance as counsel for the defendants, **The LaGrange Fire District and the Board of Fire Commissioners of LaGrange Fire District**, in this above-entitled action.

Dated:   May 16th, 2008

                                                **MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

                                                S/Anne-Jo Pennock McTague
                                                By: Anne-Jo Pennock McTague *[Bar Roll # AM87652]*
                                                Attorneys for Defendants, *The LaGrange Fire District and the Board of Fire Commissioners of LaGrange Fire District*
                                                6 Tower Place
                                                Albany, New York  12203
                                                (518) 465-3553

348696.1

cc: **LOUIS D. STOBER, JR., ESQ.**
Law Offices of Louis D. Stober, Jr., LLC
Attorney for Plaintiff, *Deborah A. Davidson*
350 Old Country Road, Suite 205
Garden City, New York  11530
(516) 742-6546

348696.1

# UNITED STATES DISTRICT COURT

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

DEBORAH A. DAVIDSON,

                        Plaintiff,

-against-

THE LAGRANGE FIRE DISTRICT and the BOARD
OF FIRE COMMISSIONERS OF LAGRANGE
FIRE DISTRICT,

                        Defendants.

**NOTICE OF APPEARANCE**

Case 1:08-cv-03036-RSJ

---

## CERTIFICATE OF SERVICE

I, **Joan A. Hallenbeck**, hereby certify that on May 16th, 2008, I electronically filed a Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**LOUIS D. STOBER, JR., ESQ.**
Law Offices of Louis D. Stober, Jr., LLC
Attorney for Plaintiff, *Deborah A. Davidson*
350 Old Country Road, Suite 205
Garden City, New York 11530
(516) 742-6546
e-mail: lstober@stoberlaw.com

And, I hereby certify that I mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

None

                                                        s/Joan A. Hallenbeck
                                                        Joan A. Hallenbeck

Sworn to before me this 16th day
of May, 2008.

  s/Margaret E. Nicholas
Notary Public - State of New York
Commission Expires 2/28/2010