UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 8/15/08

Deborah A. Davidson

           Plaintiff,

-v-

The Lagrange Fire District, et al

           Defendants.

Case No. 08-CV-03036 (RJS)

TRANSFER ORDER TO THE SDNY
DISTRICT COURT LOCATED IN
WHITE PLAINS, NEW YORK
ECF

RICHARD J. SULLIVAN, District Judge:

    Because the claims in the above-captioned case arose in whole in

Poughkeepsie, New York, in Duchess County, and because the plaintiff resides in Poughkeepsie,

New York, also located in Duchess County.

    The Clerk of the Court is hereby directed to transfer and reassign

the above-captioned case to the United States District Court in White Plains, New York, pursuant

to Rule 21(a)(i) of the Rules for the Division of Business Among District Judges in the Southern

District of New York.

Dated: August ___15___, 2008
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE